NOT DESIGNATED FOR PUBLICATION

No. 116,988

IN THE COURT OF APPEALS OF THE STATE OF KANSAS

In the Matter of the Marriage of:

ROSE M. HARRIGAN RACHIELE,
*Appellee*,

and

JAMIE P. HARRIGAN,
*Appellant*.

MEMORANDUM OPINION

Appeal from Johnson District Court; CHRISTINA DUNN GYLLENBORG, judge. Opinion filed October 6, 2017. Affirmed.

*Richard W. Martin Jr.*, of Martin and Wallentine, LLC, of Olathe, for appellant.

*Mark D. Lewis*, of Gardner, for appellee.

Before STANDRIDGE, P.J., HILL and SCHROEDER, JJ.

PER CURIAM: Affirmed under Supreme Court Rule 7.042(b), (3), (4), (5), and (6) (2017 Kan. S. Ct. R. 48). In addition, we grant appellee's unopposed motion for attorney fees under Rule 7.07(b) (2017 Kan. S. Ct. R. 50) in the amount of $3,280.